IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VERTIS LANIER and DOROTHY LANIER, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 04-0367-P-L |
| MCKIBBON BROS., INC., d/b/a RESIDENCE INN, ) ) ) ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with this court's Order entered this date, it is ORDERED, ADJUDGED, and DECREED that summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, is hereby ENTERED in favor of defendant McKibbon Bros., Inc., d/b/a Residence Inn, and against plaintiffs Vertis and Dorothy Lanier.  This action is hereby DISMISSED with prejudice.  Costs are as taxed.

DONE this 31st day of May, 2005.

S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE